UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARC HORRIGAN, <br><br> Defendant. | 2:19-CR-20017-TGB <br><br><br> ORDER |

For the reasons stated on the record during a hearing held on May 16, 2019, the Government's Motion to Revoke Bond (Dkt. 26) is GRANTED. Defendant Horrigan is remanded into the custody of the United States Marshal Service.

Further, the sentencing is reset to Thursday, July 18, 2019 at 2:00 p.m..

DATED this 16th day of May, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge